**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6283

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEITH E. BRYANT,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:95-cr-00202-CCB-3)

Submitted:  May 24, 2012                   Decided:  May 31, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keith E. Bryant, Appellant Pro Se.  James G. Warwick, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith E. Bryant appeals the district court orders denying his motion for appointment of counsel and for DNA testing under 18 U.S.C. § 3600 (2006), and for reconsideration of these demands. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bryant, No. 1:95-cr-00202-CCB-3 (D. Md. Dec. 15, 2010; Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2